# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131668

PATRICIA A SPOOR, Personal Representative
of the Estate of JAMES J. LEWIS,
      Plaintiff-Appellant,

v

JEFFREY CHUHRAN, JOSEPH CICCHELLI,
JEREMY KASTL, KEVEN KASTL, and
DORIE R. KASTL,
      Defendants-Appellees,

and

ANNETTE JONES and MICHAEL R. JONES,
      Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131668
COA: 258497
Wexford CC: 03-017429-NO

On order of the Court, the application for leave to appeal the June 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

t1122